May 19th 2010.

Richard Gordon - Prose Debtor.

10 - 10896.

Chapter 13.

FILED
U.S. BANKRUPTCY COURT
2010 MAY 19 P 4:52
S.D. OF N.Y.

Dear Judge Glen:

I will not be able to attend the Court on May 20th Nor the 341(b) meeting. Because my check up revealed my blood Pressure was very high and several Persons in my family had succumbed to stroke so when a history of this. Due to the stress of this case.. I am not feeling up to par. I have to take a stress Test Tonite and another test tomorrow Please adjourn my case.

Richard Gordon