UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:                                                                                    Chapter 13
                                                                                              Case No. 10-10896 (MG)

**RICHARD GORDON,**


                                              Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

The Court finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(1) in that the debtor has caused unreasonable delay that is prejudicial to creditors by:

    a.    failing to appear at the scheduled confirmation hearing on May 6th, 2010; and

    b.    failing to provide all documentation as required by the Chapter 13 trustee.

The Court further finds that cause exists to dismiss this case under 11 U.S.C. §1307(c)(4) in that the debtor has failed to remit timely payments to the Chapter 13 trustee as required by 11 U.S.C. §1326;

The Court further finds that the debtor has failed to comply with 11 U.S.C. §521(i) by failing to timely file documents as required under 11 U.S.C. §521(a)(1);

The Court further finds that the debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the debtor failed to provide the trustee with copies of federal tax returns for the most recent tax year ending immediately before the commencement of the case, within seven (7) days prior to the meeting of creditors

scheduled pursuant to 11 U.S.C. §341(a).

**IT IS HEREBY ORDERED THAT:**

Pursuant to 11 U.S.C. §§1307 (c )(1),  (c )(4), 521(i) and 521(e)(2)(B), this Chapter 13 case is hereby dismissed.

Dated:  New York, New York
June 23, 2010

          **/s/ Martin Glenn**
**UNITED STATES BANKRUPTCY JUDGE**