# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Richard Gordon | CASE NO.: 10–10896–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–3229 | CHAPTER: 13 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Martin Glenn in this Chapter 13 case.

Richard Gordon was dismissed from the case on June 23, 2010 .

Dated: June 23, 2010                                    Vito Genna
                                                        Clerk of the Court