# Notice Recipients

District/Off: 0208−1      User: tmercado      Date Created: 6/23/2010
Case: 10−10896−mg      Form ID: 131      Total: 15

**Recipients of Notice of Electronic Filing:**
tr      Jeffrey L. Sapir−13      info@sapirch13tr.com
aty     Jeffrey L. Sapir−13      info@sapirch13tr.com

                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Richard Gordon       1050 East 226th Street       Wakefield, NY 10466
ust      United States Trustee       33 Whitehall Street       21st Floor       New York, NY 10004
smg      New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205−0300
smg      United States Attorney       One St. Andrew's Plaza       Claims Unit − Room 417       New York, NY 10007−1701
smg      N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201−0551
smg      New York City Dept. Of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs − Devora Cohn       Brooklyn, NY 11201−3719
5104532  FIRST FRANKLIN FINANCIAL       C/O SHELDON, MAY &ASSOCIATES       255 MERRICK ROAD       QUEENS, NY
5104534  NYC DEPARTMENT OF FINANCE       PO BOX 32       NYC 10008
5104533  NYC WATER BOARD       PO BOX 410       NEW YORK, NY 10008
5111620  NYTCL 2009−A Trust XSPAND       C/O XSPAND       115 S. Jefferson Road, Bldg. D−1       Whippany, NJ 07981
5137249  New York City Water Board       Department of Environmental Protection       59−17 Junction Blvd.       Bankruptcy Unit 13th Floor       Flushing, NY 11373−5108
5104535  XSPAND       PO BOX 2288       MORRISTOWN, NJ 08753
5156832  eCAST Settlement Corporation successor to Arrow       Financial Services LLC assignee of       POB 35480       Newark NJ 07193−5480

                                                                    TOTAL: 13